UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **FLOSSIE SEARS** | * | |
| | * | |
| *Plaintiff* | * | |
| | * | |
| | * | CASE NUMBER _____ |
| versus | * | |
| | * | JUDGE _____ |
| **VINSOLUTIONS, INC., MORGAN** | * | |
| **PONTIAC, INC., BANK OF AMERICA,** | * | MAGISTRATE _____ |
| **N.A., TD AUTO FINANCE, LLC, CHASE** | * | |
| **BANK USA, N.A., and WHITNEY BANK** | * | |
| | * | |
| *Defendants* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF REMOVAL**

**NOW INTO COURT**, through undersigned counsel, comes **TD Auto Finance LLC** ("TDAF"), which removes to this Court the Petition filed by the Plaintiff, Flossie Sears ("Plaintiff"), in the matter entitled Flossie Sears versus Vinsolutions, Inc., et al, Suit Number 74,815, Division A in the 26th Judicial District Court, Parish of Webster, State of Louisiana (hereinafter referred to as the "State Court Action"). In support of this Notice of Removal, TDAF respectfully represents as follows:

1.

On or about August 28, 2015, a Petition was filed with the Clerk of Court for the 26th Judicial District Court, Parish of Webster, State of Louisiana, bearing Suit Number 74,815 on the docket of said Court, which is within the United States District Court for the Western District of Louisiana.[1]

---

[1] A copy of the Petition is attached hereto as Exhibit "A."

2.

In the Petition, the Plaintiff names Vinsolutions, Inc., Morgan Pontiac, Inc., Bank of America, N.A., TD Auto Finance, LLC, Chase Bank USA, N.A., and Whitney Bank as defendants (collectively, the "Defendants").

### THE PLAINTIFF'S FACTUAL ALLEGATIONS

3.

In the Petition, the Plaintiff alleges that, as a result of her estranged spouse's purchase of an automobile on or about May 22, 2015, the dealer/seller of that automobile, Morgan Pontiac, Inc., took certain actions which caused the other Defendants to make credit inquiries concerning the Plaintiff, which actions are alleged to have damaged the Plaintiff.

4.

In the Petition, the Plaintiff specifically alleges that the defendants, Chase Bank USA, N.A., TDAF, Whitney Bank and Bank of America, N.A., have violated the Fair Credit Reporting Act, 15 U.S.C. §§ 1681b[f] and 1618q and further alleges damages against all Defendants for "violations of the FCRA, 15 U.S.C. § 1681, *et seq.*"

### THIS REMOVAL IS TIMELY

5.

TDAF was served with the Petition and citation on September 18, 2015.[2]

---

[2] A copy of the Citation and CT Corporation's Service of Process Transmittal is attached hereto as Exhibit "B."

6.

Removal is timely under 28 U.S.C. § 1446(b) (and Federal Rule of Civil Procedure 6(a)(1)(C)) as less than thirty (30) days have passed from the date of service of the citation and Petition of TDAF, the removing defendant.

## CONSENT TO REMOVAL HAS BEEN GRANTED

7.

As evidenced by the Consents to Removal attached hereto as Exhibit "C," all of the remaining Defendants have consented to removal of this matter.

## FEDERAL QUESTION OF JURISDICTION UNDER 28 U.S.C. § 1331

8.

In the Petition, the Plaintiff asserts the alleged actions of the Defendants violated the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*[3]

9.

Consequently, on its face, the Petition asserts a federal question, thereby providing this Court with jurisdiction under 28 U.S.C. § 1331. Generally, a case is removable if the complaint affirmatively alleges a federal claim. *See id.*; *see also, City of McComb v. Myers*, 122 Fed. Appx. 698, 699 (5th Cir. 2004) (stating that "'[a] case arises under federal law if it is apparent from the face of plaintiff's complaint . . . that the plaintiff's cause of action was created by federal law.'") (*quoting* CHERMERINSKY, FEDERAL JURISDICTION, §5.2.3, at 276 (4th ed. 2003)).

---

[3] *See* Petition at ¶26.

10.

This action is removable under 28 U.S.C. § 1441(a) without regard to the citizenship or residency of the parties or the amount in controversy.

11.

This Court has supplemental jurisdiction over any and all other claims asserted by the Plaintiff in accordance with 28 U.S.C. § 1367.

12.

Therefore, pursuant to 28 U.S.C. § 1441, this case may be removed to the United States District Court for the Western District of Louisiana, Shreveport Division.

13.

Pursuant to 28 U.S.C. § 1446(a), a copy of all pleadings and orders in the State Court Proceeding, which includes "all process, pleadings and orders served upon" TDAF are attached hereto as Exhibit "D," *en globo*.

14.

Promptly upon filing this Notice of Removal, written notice thereof will be given to all adverse parties and a copy of this Notice of Removal will be filed with the Clerk of the aforesaid state court to effect the removal of this civil action to this Honorable Court as provided by law.

15.

All other requirements for removal are satisfied as this case is a civil action within the meaning of the Acts of Congress relating to the removal of causes, the Defendants have heretofore sought no similar relief.

16.

Venue for removal is proper in this district and division under 28 U.S.C. § 1441(a) because the district and division embrace the 26th Judicial District Court for the Parish of Webster, the forum in which the removed action was pending.

17.

A copy of this Notice of Removal is being filed with the Clerk of the 26th Judicial District Court for the Parish of Webster, as provided under 28 U.S.C. § 1446. TDAF is also giving prompt written notice to the Plaintiff and remaining Defendants of the filing of this Notice of Removal.

**WHEREFORE**, TD Auto Finance LLC prays that this Notice of Removal be accepted as good and sufficient, that the aforesaid Petition be removed from state court to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in said civil action from said state court, and thereupon, proceed with this civil action as if it has been originally commenced in this Court.

Respectfully submitted,

Stephen P. Strohschein, LA Bar Roll #12541
E. Stewart Spielman, LA Bar Roll #28766
**McGlinchey Stafford PLLC**
301 Main Street, 14th Floor
Baton Rouge, LA 70801
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR TD AUTO FINANCE LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing Notice of Removal has been served, via United States Mail, proper postage prepaid, on the following counsel of record:

*Counsel for Plaintiff, Flossie Sears*:
Mr. David A. Szwak
**Bodenheimer, Jones & Szwak, LLC**
MidSouth Tower
416 Travis Street, Suite 1404
Shreveport, LA 71101

*Counsel for VinSolutions, Inc.*:
Kelsey Funes
**Phelps Dunbar**
400 Convention Street
Suite 1100
Baton Rouge, LA 70802-5618

*Counsel for Morgan Pontiac, Inc.*:
Through Its Registered Agent:
Michael Morgan
8757 Business Park Drive
Shreveport, LA 71105

*Counsel for Bank of America, N.A.*:
James Weikel
**Reed Smith**
20 Stanwix Street, Suite 1200
Pittsburgh, Pennsylvania 15222

*Counsel for Chase Bank USA, N.A.*:
David Cromwell
**Pettiette Armand Dunkleman, et al**
400 Texas Street, Ste. 400
Shreveport, LA 71101

*Counsel for Whitney Bank*:
Duris L. Holmes
**Deutsche, Kerrigan & Stiles, L.L.P.**
755 Magazine Street
New Orleans, LA 70130

Baton Rouge, Louisiana on this 7th day of October, 2015.

_____
Stephen P. Strohschein