UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| FLOSSIE SEARS | CIVIL ACTION NO. |
| | 5:15CV02546-EFF-MLH |
| VERSUS | JUDGE FOOTE |
| VINSOLUTIONS, INC., MORGAN PONTIAC, INC., BANK OF AMERICA, N.A., TD AUTO FINANCE, LLC, JP MORGAN CHASE BANK, N.A., and WHITNEY BANK | MAGISTRATE-JUDGE HORNSBY |

## NOTICE OF SETTLEMENT

NOW INTO COURT through undersigned counsel, comes plaintiff, FLOSSIE SEARS, who respectfully notifies this Honorable Court that she and defendants, through Keith Marcotte, have reached a resolution of all claims in this lawsuit, the agreement is being memorialized in communications between counsel for plaintiff and counsel for defendants and Mr. Marcotte, General Manager for Morgan Pontiac, Inc., and closing papers will be exchanged and all claims in this lawsuit will be dismissed shortly. A standard 60 or 90 day order to the parties to complete the process and file a formal motion to dismiss would be greatly appreciated.

Respectfully submitted,

**BODENHEIMER, JONES & SZWAK, LLC**

By: /s/ David A. Szwak
_____
**DAVID A. SZWAK,** La. Bar Roll No.: 21157
416 Travis Street, Ste. 1404
Mid South Towers
Shreveport, Louisiana 71101
318-424-1400/ FAX: 318-221-6555
**ATTORNEY FOR PLAINTIFF**

## C E R T I F I C A T I O N

I HEREBY CERTIFY that on several prior dates including this date, I have conferred with Keith Marcotte, General Manager for Morgan Pontiac, Inc., who had communicated with all defense counsel in this Action, and he verified his authority to commit to the resolution and the plaintiff has agreed to the resolution and the claims will be dismissed following completion of closing papers and receipt of proceeds. This the 21st day of January, 2016.

/s/ David A. Szwak

_____

**DAVID A. SZWAK**

## C E R T I F I C A T E

I HEREBY CERTIFY that I have mailed, by ECF and by first class mail, properly post marked and addressed, a true, correct and complete copy of the foregoing to opposing counsel of record, on this the 21st day of January, 2016.

/s/ David A. Szwak

_____

**DAVID A. SZWAK**