UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| FLOSSIE SEARS | CIVIL ACTION NO. |
| | 5:15CV02546-EFF-MLH |
| VERSUS | JUDGE FOOTE |
| VINSOLUTIONS, INC., MORGAN PONTIAC, INC., BANK OF AMERICA, N.A., TD AUTO FINANCE, LLC, JP MORGAN CHASE BANK, N.A., and WHITNEY BANK | MAGISTRATE-JUDGE HORNSBY |

### ORDER ON MOTION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE

CONSIDERING THE FOREGOING MOTION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE BY PLAINTIFF:

    IT IS HEREBY ORDERED THAT Plaintiff's MOTION TO DISMISS PLAINTIFF'S

CLAIMS WITH PREJUDICE is hereby GRANTED and the plaintiff's claims against all

defendants in this Action are hereby dismissed with prejudice with each party bearing their own respective costs.

```
          Vinosolutions shall notify the court by Feb. 19 whether
          its cross claim can also be dismissed and whether this case
          can be closed.
```

    Shreveport, Louisiana, this the __11__ day of ___Feb._____, 2016.

_____
J U D G E